# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMILA GARCIA-CARDENAS, | Case No. 1:13-cv-01065-AWI-SKO |
| Plaintiff, | **ORDERING GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| IMMIGRATION LEGAL SERVICES, APC, | (Doc. 2) |
| Defendant. | |

_____/

Plaintiff Hermila Garcia-Gardenas filed a complaint on July 12, 2013, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

Dated: __**August 5, 2013**__                   __**/s/ Sheila K. Oberto**__
                                                                           UNITED STATES MAGISTRATE JUDGE